# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Dawn M. Ahlstrom,

        Plaintiff,                    Civil No. 08-5768 (RHK/RLE)

vs.

**ORDER**

Michael Astrue, Commissioner of
Social Security,

        Defendant.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: October 21, 2008

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge