UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Dawn M. Ahlstrom,                                      Civil No. 08-5768 (RHK/RLE)

                 Plaintiff,                              **ORDER**

vs.

Michael J. Astrue, Commissioner of the Social
Security Administration,

                 Defendant.

_____

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and no Objections having been filed in the time allowed, **IT IS ORDERED**:

        1.      The Report and Recommendation (Doc. No. 15) is **ADOPTED**;

        2.      Plaintiff's Motion for Summary Judgment (Doc. No. 9) is **DENIED**; and

        3.      Defendant's Motion for Summary Judgment (Doc. No. 12) is **GRANTED**.

Dated: January 11, 2010

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge